UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN L. GILES,

      Plaintiff,

v.

CHRISTOPHER R. SWANSON, *et al.*,

      Defendants.
_____/

Case No: 24-10137

Honorable Nancy G. Edmunds
Magistrate Judge Patricia T. Morris

## JUDGMENT

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED.

    **SO ORDERED**.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: April 16, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 16, 2024, by electronic and/or ordinary mail.

                s/Holly Ryan
                Case Manager